HONORABLE DAVID G. ESTUDILLO

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

COLUMBIA RIVERKEEPER,

   Plaintiff,

   v.

WEYERHAEUSER NR COMPANY,

   Defendant.

Case No. 3:22-cv-05132-DGE

JOINT MOTION FOR ENTRY
OF CONSENT DECREE

NOTE ON MOTION CALENDAR:
June 24, 2022

    Plaintiff Columbia Riverkeeper ("Riverkeeper") and Weyerhaeuser NR Company ("Weyerhaeuser") have agreed to settle this case. Accordingly, Riverkeeper and Weyerhaeuser (collectively, the "Parties") hereby jointly move the Court to enter the proposed Consent Decree filed herewith after the conclusion of the waiting period imposed by the Clean Water Act ("CWA").

    Riverkeeper filed this action under the citizen suit provision of the CWA, 33 U.S.C. § 1365, alleging that Weyerhaeuser is in ongoing violation of the National Pollutant Discharge Elimination System permit applicable to Weyerhaeuser's facility located at or near 1999 Industrial Way, Longview, Washington 98632. Weyerhaeuser contends that Riverkeeper's claims are without merit, denies Riverkeeper's allegations of ongoing violations, denies liability

JOINT MOTION FOR ENTRY
OF CONSENT DECREE - 1
Case No. 3:22-cv-05132-DGE

KAMPMEIER & KNUTSEN PLLC
1300 S.E. Stark Street, Suite 202
Portland, Oregon 97214
(503) 841-6515

for all claims alleged in Riverkeeper's complaint, and contends that Riverkeeper is not entitled to any relief whatsoever. In the interests of resolving this dispute without further litigation and without trial, adjudication, or admission of any issues of fact or law, the Parties have now agreed to settle this matter, and the proposed Consent Decree filed herewith memorializes the Parties' agreement. The Parties now request entry of their proposed Consent Decree as an order of the Court because it is fair, reasonable, equitable, and does not violate the law or public policy, and it comes within the scope of the pleadings and furthers the broad objectives upon which Riverkeeper's Complaint is based. *Sierra Club, Inc. v. Elec. Controls Design, Inc.*, 909 F.2d 1350, 1355 (9th Cir. 1990).

The Consent Decree may not be entered as an order of the Court until forty-five days after receipt of it by both the Administrator of the U.S. Environmental Protection Agency and the U.S. Attorney General. *See* 33 U.S.C. § 1365(c)(3); 40 C.F.R. § 135.5. Accordingly, after filing this motion, counsel for Riverkeeper will serve copies of the proposed Consent Decree on the U.S. Attorney General, the Administrator of the U.S. Environmental Protection Agency, and the Administrator of Region 10 of the U.S. Environmental Protection Agency. The noting date for the Court's consideration of this matter has been scheduled accordingly.

For the foregoing reasons, the Parties respectfully request entry of their proposed Consent Decree, filed herewith, as an order of the Court.

RESPECTFULLY SUBMITTED this 9th day of May 2022.

JOINT MOTION FOR ENTRY
OF CONSENT DECREE - 2
Case No. 3:22-cv-05132-DGE

KAMPMEIER & KNUTSEN PLLC
1300 S.E. Stark Street, Suite 202
Portland, Oregon 97214
(503) 841-6515

| | |
|---|---|
| KAMPMEIER & KNUTSEN, PLLC | K&L Gates LLP |
| By: s/ Brian A. Knutsen | By: s/ J. Timothy Hobbs |
| Brian A. Knutsen, WSBA No. 38806 | J. Timothy Hobbs, WSBA No. 42665 |
| 1300 S.E. Stark Street, Suite 202 | Ankur K. Tohan, WSBA No. 36752 |
| Portland, Oregon 97214 | 925 Fourth Avenue, Suite 2900 |
| Tel: (503) 841-6515 | Seattle, Washington 98104 |
| Email: brian@kampmeierknutsen.com | Tel: (206) 623-7580 |
| | Fax: (206) 623-7022 |
| Jessica Durney, WSBA No. 57923 | Email: tim.hobbs@klgates.com |
| 811 First Avenue, Suite 468 | Email: ankur.tohan@klgates.com |
| Seattle, Washington 98104 | |
| Tel.: (206) 739-5184 | *Attorneys for Weyerhaeuser NR Company* |
| Email: jessica@kampmeierknutsen.com | |

COLUMBIA RIVERKEEPER

Simone Anter, WSBA No. 52716
1125 S.E. Madison Street, Suite 103A
Portland, Oregon 97214
Tel.: (541) 399-5312
Email: simone@columbiariverkeeper.org

*Attorneys for Plaintiff Columbia Riverkeeper*

JOINT MOTION FOR ENTRY OF CONSENT DECREE - 3
Case No. 3:22-cv-05132-DGE

KAMPMEIER & KNUTSEN PLLC
1300 S.E. Stark Street, Suite 202
Portland, Oregon 97214
(503) 841-6515